FILED

Page 1 of 4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

08 DEC 18 PM 3: 49

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

JERMAINE JACKSON

Case Number: **6:02-cr-102-Orl-19KRS**

USM Number: **25070-018**

Peter Warren Kenny, FPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers Three, Four and Six of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to submit written monthly reports | September 5, 2008 |
| 4 | Failure to answer truthfully | September 28, 2008 |
| 6 | Failure to notify the probation officer within 72 hours after being arrested | August 14, 2008 |

The Government withdrew violations One, Two and Five.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

12/17/2008

_PATRICIA C. FAWSETT_
Senior United States District Judge

December 18, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

**JERMAINE JACKSON**
**6:02-cr-102-Orl-19KRS**

Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**. Such term shall be consecutive with the defendant's term of imprisonment already imposed or as yet to be imposed in any future sentence in Docket No. 59-2008-CF-002774A, Seminole County Court.

The Court recommends to the Bureau of Prisons:

It is requested by not required that the defendant be afforded drug treatment for addition

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Three years**. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

AO 245B (Rev. 6/05) Judgment in a Criminal Case

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant shall perform **100 hours** of community service as a condition of supervision in lieu of paying a fine.

3. The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

4. The defendant shall reside at the Residential Reentry Center (RRC) for a period of 6 months and shall observe the rules of that facility. While at the center, you shall be placed in the Community Confinement Component of the program, follow all center rules, and the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute towards the cost of subsistence and may be required to pay for a physical examination at your own expense prior to entering the program. Cost of transportation to and from the RRC shall be the responsibility of the defendant.

Jermaine Jackson

DOCKET NO: 6:02-CR-102-ORL-19KRS

**Original Petition**  This case was considered by the Court on the Petition on Probation and Supervised Release (Doc. No. 36, filed October, 7, 2008), Report and Recommendation of the United States Magistrate Judge (Doc. No. 53, filed November, 26, 2008) and Order to Show Cause at Final Revocation Hearing (Doc. No. 55, filed December 3, 2008) at a hearing held November 26, 2008, attended by the Defendant, counsel for the Defendant, and counsel for the Government. *[handwritten: Defendant has filed a Notice of Objection to the Report and Recommendation]* (Docket No. 54) The Report and Recommendation of the Magistrate Judge is ✓ adopted and approved or ___ rejected.

**Adjudication**  The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

| Guilty: Yes | or | No | | |
|---|---|---|---|---|
| | | ✓ | 1) | New criminal conduct, Resisting/Obstruction an Officer without Violence, occurring on May 5, 2008, while on supervision in violation of the conditions of supervision: (Withdrawn from Petition) (Grade C Violation) |
| | | ✓ | 2) | New criminal conduct, Fleeing to Elude Law Enforcement, occurring on May 5, 2008, while on supervision in violation of the conditions of supervision: (Withdrawn from Petition) (Grade C Violation) |
| ✓ | | | 3) | Failure to submit written monthly reports in violation of Condition (2) of the Standard Conditions of Supervision (Grade C Violation) |
| ✓ | | | 4) | Failure to answer truthfully in violation of Condition (3) of the Standard Conditions of Supervision (Grade C Violation) |

1

|  |  |  |  |
|---|---|---|---|
| ☑ct | ☑ | 5) | Failure to notify the probation officer within seventy-two hours (May 8, 2008) after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision (Grade C Violation) |
| ☑ | ☐ | 6) | Failure to notify the probation officer within seventy-two hours ( August 14, 2008) after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision (Grade C Violation) |

**Application of Guidelines & Statutory Provisions**

The Court determines that the applicable guidelines are:

__C__ is the Highest Grade violation, and

__III__ is the original Criminal History Category, which calls for

_5_ to _11_ months imprisonment, and

__3__ (years/~~months~~) is the Maximum Statutory penalty, and

__5__ (years/~~months~~) is the Maximum Statutory term of Supervised Release

2

**Objections**      Are there any objections to the court's findings?

Is there any reason why I should not proceed to sentencing?

### SENTENCE

The Court has asked the defendant and his attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Release, and the parties have made statements on their behalf or have waived the opportunity to do so.

**Adoption of Report and Recommendation**      The Report and Recommendation of the United States Magistrate Judge (Doc. No. _53_) is ADOPTED AND APPROVED, there being no objection filed.

**Petition Granted**      The Petition on Probation and Supervised Release (Doc. No. _36_) is GRANTED and the defendant's supervised release (Doc. No. _33_, filed _March 4, 2008_) is: _Revoked_

**Revoked**      The Court therefore ORDERS that the defendant's Supervised Release is revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of _6_ MONTHS. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines.

3

**Consecutive Federal/State**

The term(s) of imprisonment imposed by this judgment shall run consecutively with the defendant's term(s) of imprisonment already imposed or as yet to be imposed in any future sentence in Docket Number(s) 59-2008-CF-002774A, District of Seminole County Court.

**Remand To Custody**

The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

OR

**Voluntary Surrender**

The defendant may voluntary surrender, at the defendant's own expense, at the institution designated by the Bureau of Prisons, on or before Friday, _____.

If no designation is made by the Bureau of Prisons by _____, the defendant shall surrender to the Office of the United States Marshal on _____ to be taken into custody. While awaiting designation, the defendant shall be released on bond and shall comply with all previously imposed standard conditions of supervision, in addition to the following conditions:

The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

**Recommendation to Bureau of Prisons**

While in the custody of the U.S. Bureau of Prisons, it is requested but not required that the defendant be afforded the following opportunities: _drug treatment_ _in addition to_

4

**New term of Supervised Release**
Upon release from imprisonment, the defendant shall serve a 3 YEAR term of Supervised Release. While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:

### SPECIAL CONDITIONS

**Drug Aftercare**
The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

| | |
|---|---|
| **RRC Confinement** | The defendant shall reside at the Residential Reentry Center (RRC) for a period of _6_ days/months and shall observe the rules of that facility. While at the center, you shall be placed in the Community Confinement Component of the program, follow all center rules, and the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute towards the cost of subsistence and may be required to pay for a physical examination at your own expense prior to entering the program. Cost of transportation to and from the RRC shall be the responsibility of the ~~offender~~ _defendant_. |
| **Community Service** | The defendant shall perform _100_ hours of community service and follow the probation officer's instructions regarding the implementation of this court directive. |
| **DNA Collection Policy** | The defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer. |
| **Mandatory Drug Testing** | The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year. |
| **Factors Enumerated in 18 U.S.C. § 3553/Advisory Guidelines** | In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing sentence. |
| **Final Objections** | The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record? |

6

**Appeal of Sentence**  The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee.

**Instructions to Clerk**  The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release.